■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON KENNEDY, Appellant. — Judgment of conviction of defendant on his plea of guilty of the crime of attempted manslaughter in the second degree, unanimously affirmed. *People* v. *Rozzell* (20 N Y 2d 712) relied on by the appellant, and

the cases of *Ferguson* v. *Georgia* (365 U. S. 570) and *People* v. *Wilson* (15 N Y 2d 634) cited in *Rozzell,* are clearly distinguishable from the facts in the case at bar. The trial court was meticulous in protecting the rights of the defendant, assuring his effective representation by an assigned experienced counsel following defendant's release of the two successive attorneys retained by him. (*People* v. *Sparaco,* 14 N Y 2d 786; *People* v. *Garland,* 24 A D 2d 970.) Concur— Steuer, J. P., Capozzoli, Tilzer, McGivern and Witmer, JJ.